## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| HSBC MORTGAGE SERVICES, INC., § | |
| Plaintiff, § | |
| § | |
| V. § | CAUSE NO. 4:12cv741 |
| § | |
| ERNESTO RODRIGUEZ § | |
| AND ALL OTHER OCCUPANTS, § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
## AND ORDER REMANDING CASE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 4, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this matter be remanded to the County Court at Law #2, Collin County, Texas for further proceedings.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, this case is ordered REMANDED to the County Court at Law #2, Collin County, Texas for further proceedings.

**IT IS SO ORDERED.**

**SIGNED this the 22nd day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE